STATE OF SOUTH CAROLINA )
) NOTICE OF ELECTION
COUNTY OF RICHLAND )

In accordance with Section 24-3-530(A), S.C. Code of Laws, 1976, as amended, "[a] person convicted of a capital crime and having imposed upon him the sentence of death shall suffer the penalty by electrocution or, at the election of the convicted person, by firing squad or lethal injection, if it is available at the time of election, under the direction of the Director of the Department of Corrections. The election for death by electrocution, firing squad, or lethal injection must be made in writing fourteen days before each execution date, or it is waived. If the convicted person receives a stay of execution or the execution date has passed for any reason, then the election expires and must be renewed in writing fourteen days before a new execution date. If the convicted person waives the right of election, then the penalty must be administered by electrocution."

### Methods of Execution

I, Emily Paavola, pursuant to a valid Durable Power of Attorney and Section 24-3-530, South Carolina Code of Laws, 1976 as amended, hereby elect electrocution as the method for execution. By my signature below I select electrocution as the method of execution for Freddie Eugene Owens.

S/_____          _____
     Emily Paavola                       Date

I, Emily Paavola, pursuant to a valid Durable Power of Attorney and Section 24-3-530, South Carolina Code of Laws, 1976 as amended, hereby elect firing squad as the method for execution. By my signature below I select firing squad as the method of execution for Freddie Eugene Owens.

S/_____          _____
     Emily Paavola                       Date

I, Emily Paavola, pursuant to a valid Durable Power of Attorney and Section 24-3-530, South Carolina Code of Laws, 1976 as amended, hereby elect lethal injection as the method for execution. By my signature below I select lethal injection as the method of execution for Freddie Eugene Owens.

S/ *Emily C. Paavola*            9/6/2024
     Emily Paavola                   Date

WITNESSES:

*M Sweeney*                    9/6/2024
Witness Signature                  Date

*Joseph A. Stan*               9/6/2024
Witness Signature                  Date

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
Post Office Box 21787, Columbia, South Carolina 29221

Pursuant to Code Section 24-3-530, Code of Laws of South Carolina, 1976, the Director of the South Carolina Department of Corrections has designated Willie Davis as his duly authorized agent for the purpose of making service of the Notice of Election on the below named individual.

STATE OF SOUTH CAROLINA )
) AFFIDAVIT OF PERSONAL SERVICE
COUNTY OF RICHLAND )

On the 6th day of September 2024, I served the Notice of Election on Emily Paavola, Power of Attorney for Freddie Eugene Owens, by delivering personally and leaving a copy of the same at SCDC Headquarters' Cafeteria Conference Room, 4444 Broad River Road, Columbia, South Carolina. Deponent is not a party to this action.

S/ _____
Willie Davis

SWORN TO AND SUBSCRIBED before me this 6th day of September 2024

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 2-5-2028

ACCEPTANCE OF SERVICE

Service of a copy of the within Notice of Election is accepted at SCDC Headquarters' Cafeteria Conference Room, 4444 Broad River Road, Columbia, South Carolina, this 6th day of September 2024.

S/ _____
Emily Paavola, Power of Attorney for Freddie Eugene Owens