# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 24-3, Owens v. Stirling, et al. |
| **Originating No. & Caption** | 3:24-cv-5072-JDA, Owens et al. v. Stirling et al. |
| **Originating Court/Agency** | District Court of South Carolina |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1331 and 1292 | | |
| Time allowed for filing in Court of Appeals | 30 days from 9/18/2024 | | |
| Date of entry of order or judgment appealed | 09/18/2024 | | |
| Date notice of appeal or petition for review filed | 09/19/2024 | | |
| If cross appeal, date first appeal filed | N/A | | |
| Date of filing any post-judgment motion | N/A | | |
| Date order entered disposing of any post-judgment motion | N/A | | |
| Date of filing any motion to extend appeal period | N/A | | |
| Time for filing appeal extended to | N/A | | |
| Is appeal from final judgment or order? | | ○ Yes | ⦿ No |
| If appeal is not from final judgment, why is order appealable? | | | |
| This Court has jurisdiction over appeals from interlocutory orders of the district courts of the United States refusing injunctions. 28 U.S.C.§ 1292(a)(1). | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | | |
|---|---|---|---|
| Is settlement being discussed? | | ○ Yes | ⦿ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ● No |
| Has transcript been filed in district court? | ○ Yes | ● No |
| Is transcript order attached? | ○ Yes | ● No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ● Yes | ○ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ● Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiff-Appellant Owens seeks an emergency injunction pending appeal of the district court's denial of a preliminary injunction and temporary restraining order. See DE 19 (district court order). Because Defendants plan to execute Owens tomorrow, on September 20, 2024, Owens needs immediate injunctive relief so that his death sentence is not carried out despite Defendants' denying him, in violation of due process, basic information about the lethal injection drugs and qualifications of the execution team. Owens also requests an immediate administrative injunction so this Court may decide this matter before the State executes him. |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

Mr. Owens appeals the district court's purely legal conclusions denying his motion for a preliminary injunction and temporary restraining order on the erroneous grounds that Mr. Owens lacks the liberty interest necessary to bring a procedural due process claim, that Defendants-Appellees refusal to provide basic facts about their execution drugs does not frustrate his state-law-based liberty interest, that his due process claim is barred by the Rooker-Feldman doctrine, and that Owens has not made the showing necessary for a preliminary injunction.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: Bryan P. Stirling in his official capacity as Director of SCDC | Adverse Party: South Carolina Department of Corrections (SCDC) |
| Attorney: Daniel Plyler | Attorney: Daniel Plyler |
| Address: Smith Robinson Holler Dubose and Morgan<br>3200 Devine Street<br>Columbia, SC 29205 | Address: Smith Robinson Holler Dubose and Morgan<br>3200 Devine Street<br>Columbia, SC 29205 |
| E-mail: daniel.plyler@smithrobinsonlaw.com | E-mail: daniel.plyler@smithrobinsonlaw.com |
| Phone: 803-254-5445 | Phone: 803-254-5445 |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party: Governor Henry Dargan McMaster | Adverse Party: |
| Attorney: William Grayson Lambert | Attorney: |
| Address: Office of the Governor<br>South Carolina State House<br>1100 Gervais Street<br>Columbia, SC 29201 | Address: |
| E-mail: glambert@governor.sc.gov | E-mail: |
| Phone: 803-734-2100 | Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: Freddie Eugene Owens<br><br>Attorney: Gabrielle Amber Pittman<br>Address: Federal Public Defender<br>129 W. Trade Street<br>Suite 300<br>Charlotte, NC 28202<br><br>E-mail: G_Amber_Pittman@fd.org<br><br>Phone: 704-374-0720 | Name:<br><br>Attorney:<br>Address:<br><br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br><br>E-mail:<br><br>Phone: |

Signature: s/Gabrielle Amber Pittman     Date: 09/19/2024

Counsel for: Appellant, Freddie Owens

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on 09/19/2024 by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| CM/ECF on counsel for all parties | |
|---|---|

Signature: s/Gabrielle Amber Pittman     Date: 09/19/2024