UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
No. 24-3
(District Court No. 3:24-cv-5072-JDA)

| | |
|---|---|
| FREDDIE EUGENE OWENS | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| BRYAN P. STIRLING, in his official capacity as the Director of the South Carolina Department of Corrections, | ) ) ) ) |
| SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, | ) ) ) |
| Defendants-Appellees, | ) |
| | ) |
| and | ) |
| | ) |
| HENRY DARGAN McMASTER, in his official capacity as Governor of the State of South Carolina, | ) ) ) ) |
| Intervenor-Defendant-Appellee. | ) ) |

**CAPITAL CASE**

Execution of Appellant Owens scheduled for
<u>September 20, 2024, 6 p.m.</u>

**PLAINTIFF-APPELLANT OWENS'S MOTION
FOR LEAVE TO EXCEED WORD LIMIT FOR MOTIONS**

1

As set forth in his accompanying Emergency Motion for an Administrative Injunction and Injunction Pending Appeal, Plaintiff-Appellant Owens is scheduled for execution tomorrow, September 20, 2024, at 6 p.m.

On September 18, 2024, at about 4:40 p.m., the district court denied Owens's motion for an injunction and temporary restraining order. Undersigned counsel immediately began work on the appeal, and filed that appeal and accompanying motion for stay with this Court today, September 19, 2024, at about 12:30 p.m. Owens's request for an injunction involves questions of first impression concerning the federal constitutionality of South Carolina's procedures for providing condemned prisoners with information about their execution process, and an additional question of first impression concerning the federal courts' jurisdiction to review South Carolina's rules governing the provision of execution-related information.

The motion that Owens has filed with the Court is approximately 8,500 words, and therefore exceeds the Court's 5,200 word limitation on motions. However, in view of the exigency of this matter, the fact that his life is at stake, and the unique and complex issues raised, Owens asks that the Court grant him leave to file an oversized motion for stay of execution.

The undersigned have consulted with counsel for Defendants. Defendants consent to this motion subject to the Court also permitting Defendants the same number of additional words that Owens would be afforded. Accordingly, the undersigned ask that the Court issue an order granting leave to Owens, as well as permitting Defendant-Appellees to file a response up to 3,300 words beyond the normal limitation.

                      Respectfully submitted,

                      */s/ Gabrielle Amber Pittman*
                      Gabrielle Amber Pittman
                      Deputy Chief
                      Capital Habeas Unit for the Fourth Circuit

G_Amber_Pittman@fd.org

David Weiss
Assistant Federal Public Defender
Capital Habeas Unit for the Fourth Circuit
David_C_Weiss@fd.org

Federal Public Defender
for the Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 688-6946

*/s/ Lindsey S. Vann*
Lindsey S. Vann
JUSTICE 360
900 Elmwood Avenue, Suite 200
Columbia, SC 29201
Lindsey@justice360sc.org

*/s/ Joshua Snow Kendrick*
Joshua Snow Kendrick
KENDRICK & LEONARD, P.C.
P.O. Box 6938
Greenville, SC 29606
Josh@kendrickleonard.com

COUNSEL FOR PLAINTIFF OWENS

September 19, 2024

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

The foregoing document complies with the Court's word limit for motions. This document has been served upon counsel of record through the CM/ECF filing system.

September 19, 2021.

/s/ Gabrielle Amber Pittman
Gabrielle Amber Pittman
