FILED: September 19, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-3
(3:24-cv-05072-JDA)
_____

FREDDIE EUGENE OWENS

       Plaintiff - Appellant

 and

STEVEN V. BIXBY; MARION BOWMAN, JR.; MIKAL D. MAHDI;
RICHARD BERNARD MOORE; BRAD KEITH SIGMON

       Plaintiffs

v.

BRYAN P. STIRLING, in his official capacity as the Director of the South
Carolina Department of Corrections; SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS

       Defendants - Appellees

and

GOVERNOR HENRY DARGAN MCMASTER

       Intervenor/Defendant - Appellee

_____

O R D E R

_____

Upon consideration of appellant's unopposed motion for leave to exceed the word limit for motions, the court grants the motion and extends the length limitation an additional 3,300 words for the motion for injunctive relief as well as the response to the motion.

For the Court

/s/ Nwamaka Anowi, Clerk