UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
No. 24-3
(District Court No. 3:24-cv-5072-JDA)

| | |
|---|---|
| FREDDIE EUGENE OWENS | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| BRYAN P. STIRLING, in his official capacity as the Director of the South Carolina Department of Corrections, | ) ) ) |
| | ) |
| SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, | ) ) |
| | ) |
| Defendants-Appellees, | ) |
| | ) |
| and | ) |
| | ) |
| HENRY DARGAN McMASTER, in his official capacity as Governor of the State of South Carolina, | ) ) ) |
| | ) |
| Intervenor-Defendant-Appellee. | ) |
| | ) |

**CAPITAL CASE**

Execution of Appellant Owens scheduled for
September 20, 2024, 6 p.m.

**PLAINTIFF-APPELLANT OWENS'S NOTICE OF INTENT TO REPLY**

Pursuant to Local Rule 27(d), Plaintiff-Appellant Owens informs the Court of his intent to file a reply brief. Counsel are currently reviewing Defendants' response (DE 20) and will submit their reply as soon as possible.

1

Respectfully submitted,

*/s/ Gabrielle Amber Pittman*
Gabrielle Amber Pittman
Deputy Chief
Capital Habeas Unit for the Fourth Circuit
G_Amber_Pittman@fd.org

David Weiss
Assistant Federal Public Defender
Capital Habeas Unit for the Fourth Circuit
David_C_Weiss@fd.org

Federal Public Defender
for the Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 688-6946

*/s/ Lindsey S. Vann*
Lindsey S. Vann
JUSTICE 360
900 Elmwood Avenue, Suite 200
Columbia, SC 29201
Lindsey@justice360sc.org

*/s/ Joshua Snow Kendrick*
Joshua Snow Kendrick
KENDRICK & LEONARD, P.C.
P.O. Box 6938
Greenville, SC 29606
Josh@kendrickleonard.com

COUNSEL FOR PLAINTIFF OWENS

September 19, 2024

2

## CERTIFICATE OF COMPLIANCE AND SERVICE

The foregoing document complies with the Court's word limit for motions. This document has been served upon counsel of record through the CM/ECF filing system.

September 19, 2021.

/s/ Gabrielle Amber Pittman
Gabrielle Amber Pittman