FILED: September 20, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-3
(3:24-cv-05072-JDA)

_____

FREDDIE EUGENE OWENS

        Plaintiff - Appellant

and

STEVEN V. BIXBY; MARION BOWMAN, JR.; MIKAL D. MAHDI; RICHARD BERNARD MOORE; BRAD KEITH SIGMON

        Plaintiffs

v.

BRYAN P. STIRLING, in his official capacity as the Director of the South Carolina Department of Corrections; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

        Defendants - Appellees

and

GOVERNOR HENRY DARGAN MCMASTER

        Intervenor/Defendant - Appellee

_____

O R D E R

_____

Upon review of submissions relative to Appellant Owens's emergency motion for an administrative injunction and injunction pending appeal, the court denies the motion.

Entered at the direction of Chief Judge Diaz with the concurrence of Judge Wilkinson and Senior Judge Keenan.

For the Court

/s/ Nwamaka Anowi, Clerk